1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

HUGH S. PROCTOR, an individual; and SP
TRUST, a Nevada Trust,

            Plaintiff(s),

vs.

CPF RECOVERY WAYS, LLC, et al.

            Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case # 2:14-cv-1693-RFB-PAL

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $200.00

        Colin M. Seals , Petitioner, respectfully represents to the Court:
        (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

                Pedersen & Houpt
                  (firm name)

with offices at        161 N. Clark St., Suite 2700       ,
                  (street address)

     Chicago     ,     Illinois     ,   60601  ,
     (city)           (state)       (zip code)

   312-261-274   ,   cseals@pedersenhoupt.com  .
  (area code + telephone number)      (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

       See Attached Ex A       to provide legal representation in connection with
         [client(s)]

the above-entitled case now pending before this Court.

Rev. 8/14

3.    That since _____November, 2007_____, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of _____Illinois_____
                                                                              (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Northern District of Illinois | May 2009 | |
| Central District of Illinois | April 2009 | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None

2

Rev. 8/14

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7.     That Petitioner is a member of good standing in the following Bar Associations.

Chicago Bar Association

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:  (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 8/14

1   That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                                  _____
                                                                   Petitioner's signature

5   STATE OF _Illinois_          )

6   COUNTY OF _DuPage_           )

7   _Colin Seals_          , Petitioner, being first duly sworn, deposes and says:

8   That the foregoing statements are true.

9                                                                  _____
                                                                   Petitioner's signature

10  Subscribed and sworn to before me this

11  _13th_ day of _November_ , _2014_ .

12

13  _____          ┌─────────────────────────┐
    Notary Public or Clerk of Court  │    "OFFICIAL SEAL"       │
14                                    │    Timothy S. Frazee     │
                                      │ Notary Public, State of Illinois │
15                                    │ My Commission Expires August 1, 2016 │
                                      └─────────────────────────┘

16          **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
             THE BAR OF THIS COURT AND CONSENT THERETO.**

17       Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18  believes it to be in the best interests of the client(s) to designate _Conor P. Flynn_ ,
                                                                            (name of local counsel)
19  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20  above-entitled Court as associate resident counsel in this action.  The address and email address of

21  said designated Nevada counsel is:

22

23  _3770 Howard Hughes Parkway, Suite 200_____ ,
                                    (street address)

24  _Las Vegas_____           _Nevada_____        _89169___
           (city)                   (state)             (zip code)

25

26  _702-678-5070_____ , _cflynn@armstrongteasdale.com_ .
    (area code + telephone number)      (Email address)

27

28                                  4                                    Rev. 8/14

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

agreement and authorization for the designated resident admitted counsel to sign stipulations

binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _Conor P. Flynn_ as
(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_PRESIDENT_

(party's signature) *Greg Kazarian, President*

*CPF Recovery Ways, LLC*

(type or print party name, title)

(party's signature)

*Greg Kazarian, Operating Partner*

*Chicago Pacific Capital, LLC*

(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

11569              cflynn@armstrongteasdale.com

Bar number              Email address

APPROVED:

DATED this 20th day of January, 2015.

RICHARD F. BOULWARE, II
United States District Judge

5

Rev. 8/14

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) ___Conor P. Flynn_____ as
                                                          (name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

JOHN ROBERTSON, MANAGER (SOL) STREAM LLC
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

11569          cflynn@armstrongteasdale.com
Bar number          Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 8/14

1   By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2   agreement and authorization for the designated resident admitted counsel to sign stipulations

3   binding on all of us.

4

5              **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7        The undersigned party(ies) appoint(s) ___Conor P. Flynn_____ as

8                                                                (name of local counsel)

   his/her/their Designated Resident Nevada Counsel in this case.

9

10       _____
         (party's signature)

11       _LAWRENCE B. LEISURE_ Founder &_

12       (type or print party name, title) Co-Managing Director

13       _____
         (party's signature)

14

15       _MARY A. TOLAN,_ Founder & Co-Managing
         (type or print party name, title)       Director

16

17                    **CONSENT OF DESIGNEE**

18       The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

19

20       _____
         Designated Resident Nevada Counsel's signature

21       11569          cflynn@armstrongteasdale.com
         Bar number           Email address

22

23   APPROVED:

24   Dated: this _____ day of _____, 20___.

25

26   _____

27   UNITED STATES DISTRICT JUDGE

28

                                      5                                    Rev. 8/14