Conor P. Flynn, Esq.
Nevada Bar No. 11569
ARMSTRONG TEASDALE, LLP
3770 Howard Hughes Parkway, Ste. 200
Las Vegas, NV  89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
cflynn@armstrongteasdale.com

AND

Lawrence W. Byrne, Esq. (Pro Hac Vice)
Colin M. Seals, Esq. *(*Pro Hac Vice*)*
Pedersen & Houpt
161 N. Clark St., Suite 2700
Chicago, IL 60601
Telephone: 312-261-2155
Facsimile: 312-261-1155
lbyrne@pedersenhoupt.com
cseals@pedersenhoupt.com

*Attorneys for CPF Recovery Ways, LLC, Chicago Pacific Capital, LP Mary Tolan and Lawrence Leisure*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| HUGH S. PROCTOR, an individual; and SP TRUST, a Nevada trust,<br><br>Plaintiffs,<br><br>v.<br><br>CPF RECOVERY WAYS, LLC, a Delaware limited-liability company; CHICAGO PACIFIC CAPITAL, LP, a Delaware limited partnership; GOLDSTREAM, LLC, a Utah limited-liability company; NORTH AMERICAN MANAGEMENT, LLC, a Utah limited-liability company; PARSONS BEHLE & LATIMER, a Utah professional corporation; LAWRENCE LEISURE. an individual; GEOFFREY W. MAGNUM, an individual; JAMES R. PETERSEN, an individual; JOHN ROBERTSON, an individual; and MARY TOLAN, an individual,<br><br>Defendants. | Case No.: 2:14-cv-01693-RFB-PAL<br><br>**STIPULATION AND ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE** |

**STIPULATION AND ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between, the Plaintiffs, Hugh S. Proctor and SP Trust by and through their attorney Steven Gibson, along with the Defendants Parsons Behle & Latimer ("Parsons Behle") and Geoffrey W. Mangum ("Mr. Mangum") (together, the "Law Firm Defendants"), by and through their counsel, the law firm of Bailey Kennedy; Defendants CPF Recovery Ways, LLC ("CPF Recovery Ways"), Chicago Pacific Capital, LP f/n/a Chicago Pacific Capital, LLC ("Chicago Pacific"), Lawrence Leisure ("Mr. Leisure"), and Mary Tolan ("Ms. Tolan") (collectively, the "Chicago Defendants"), by and through their counsel, the law firms of Armstrong Teasdale, LLP and Pederson & Houpt; and Defendants Goldstream, LLC ("Goldstream"), North American Management, LLC ("NAM"), James R. Petersen ("Mr. Petersen"), and John Robertson ("Mr. Robertson") (collectively, the "Utah Defendants"), by and through their counsel, the law firm of Carbajal & McNutt, LLP, that in accordance with the terms of the Settlement Agreement reached by the parties on April 2, 2015 and pursuant to FRCP 41(a)(1)(A)(ii), the Parties hereby jointly request that this Court dismiss the above-referenced action with Prejudice, each party to bear its own costs and attorneys' fees.[1]

IT IS SO STIPULATED.

DATED this 30th day of April 2015.

| CARBAJAL & MCNUTT, LLP | BAILEY KENNEDY |
|---|---|
| /s/*Hector Carbajal* | /s/*Joshua Gilmore* |
| Hector Carbajal, Esq. | Dennis Kennedy, Esq. |
| Nevada Bar No. 6247 | Nevada Bar No. 1462 |
| 625 S. Eighth Street | Joshua Gilmore, Esq. |
| Las Vegas, Nevada 89101 | Nevada Bar No. 11576 |
| hjc@cmlawnv.com | 8984 Spanish Ridge Avenue |
| *Attorneys for Defendants* | Las Vegas, Nevada 89148 |
| *James R. Petersen, John Robertson,* | dkennedy@baileykennedy.com |
| *North American Management, LLC, and* | jgilmore@baileykennedy.com |
| *Goldstream, LLC* | *Attorneys for Defendants Parsons Behle & Latimer and Geoffrey W. Mangum* |

---

[1] This provision will not affect CPF Recovery Ways, LLC; Chicago Pacific Capital, LP; Mary Tolan; and Lawrence Leisure's indemnification rights under the parties' agreements.

| | | |
|---|---|---|
| 1 | ARMSTRONG TEASDALE, LLP | GIBSON LEGRAND, LLP |
| 2 | | |
| 3 | */s/Conor P. Flynn* <br> Conor P. Flynn, Esq. | */s/Steven Gibson* <br> Steven Gibson, Esq. |
| 4 | Nevada Bar # 11569 <br> 3770 Howard Hughes Pkwy., Ste. 200 | Nevada Bar # 6656 <br> 7495 West Azure Drive, Ste. 233 |
| 5 | Las Vegas, NV 89169 <br> cflynn@armstrongteasdale.com | Las Vegas, NV 89130 <br> sgibson@gibsonlegrand.com |
| 6 | and | *Attorneys for Plaintiffs* |

Lawrence Byrne, Esq.*
161 N. Clark Suite 2700
Chicago, IL  60601
lbyrne@pedersenhoupt.com
*Attorneys for Defendants
CPF Recovery Ways, LLC; Chicago Pacific Capital, LP; Lawrence Leisure; and Mary Tolan*

*\*Admitted Pro Hac Vice*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

3