1  Conor P. Flynn, Esq.
   Nevada Bar No. 11569
2  ARMSTRONG TEASDALE, LLP
   3770 Howard Hughes Parkway, Ste. 200
3  Las Vegas, NV  89169
   Telephone:  702.678.5070
4  Facsimile:  702.878.9995
   cflynn@armstrongteasdale.com
5
6  AND

7  Lawrence W. Byrne, ESQ. (Pro Hac Vice)
   Colin M. Seals, Esq. *(*Pro Hac Vice*)*
8  PEDERSEN & HOUPT
   161 N. CLARK ST., SUITE 2700
9  CHICAGO, IL 60601
   Telephone: 312-261-2155
10 Facsimile: 312-261-1155
   lbyrne@pedersenhoupt.com
11 cseals@pedersenhoupt.com

12 *Attorneys for CPF Recovery Ways, LLC, Chicago Pacific Capital, LP*
   *Mary Tolan and Lawrence Leisure*
13

14              **UNITED STATES DISTRICT COURT**

15                   **DISTRICT OF NEVADA**

16 HUGH S. PROCTOR, an individual; and SP          Case No.: 2:14-cv-01693-RFB-PAL
   TRUST, a Nevada trust,
17
              Plaintiffs,
18
                                                   **STIPULATION AND ORDER TO**
19 v.                                              **DISMISS ALL CLAIMS WITH**
                                                   **PREJUDICE**
20 CPF RECOVERY WAYS, LLC, a Delaware
   limited-liability   company;   CHICAGO
21 PACIFIC CAPITAL, LP, a Delaware limited
   partnership; GOLDSTREAM, LLC, a Utah
22 limited-liability    company;    NORTH
   AMERICAN  MANAGEMENT,  LLC,  a
23 Utah limited-liability company; PARSONS
   BEHLE & LATIMER, a Utah professional
24 corporation; LAWRENCE LEISURE. an
   individual; GEOFFREY W. MAGNUM, an
25 individual;  JAMES  R.  PETERSEN,  an
   individual;  JOHN   ROBERTSON,   an
26 individual;  and  MARY   TOLAN,   an
   individual,
27
              Defendants.
28

                                 1

**STIPULATION AND ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between, the Plaintiffs, Hugh S. Proctor and SP Trust by and through their attorney Steven Gibson, along with the Defendants Parsons Behle & Latimer ("Parsons Behle") and Geoffrey W. Mangum ("Mr. Mangum") (together, the "Law Firm Defendants"), by and through their counsel, the law firm of Bailey Kennedy; Defendants CPF Recovery Ways, LLC ("CPF Recovery Ways"), Chicago Pacific Capital, LP f/n/a Chicago Pacific Capital, LLC ("Chicago Pacific"), Lawrence Leisure ("Mr. Leisure"), and Mary Tolan ("Ms. Tolan") (collectively, the "Chicago Defendants"), by and through their counsel, the law firms of Armstrong Teasdale, LLP and Pederson & Houpt; and Defendants Goldstream, LLC ("Goldstream"), North American Management, LLC ("NAM"), James R. Petersen ("Mr. Petersen"), and John Robertson ("Mr. Robertson") (collectively, the "Utah Defendants"), by and through their counsel, the law firm of Carbajal & McNutt, LLP, that in accordance with the terms of the Settlement Agreement reached by the parties on April 2, 2015 and pursuant to FRCP 41(a)(1)(A)(ii), the Parties hereby jointly request that this Court dismiss the above-referenced action with Prejudice, each party to bear its own costs and attorneys' fees.[1]

IT IS SO STIPULATED.

DATED this 30th day of April 2015.

CARBAJAL & MCNUTT, LLP

/s/*Hector Carbajal*
Hector Carbajal, Esq.
Nevada Bar No. 6247
625 S. Eighth Street
Las Vegas, Nevada 89101
hjc@cmlawnv.com
*Attorneys for Defendants*
*James R. Petersen, John Robertson,*
*North American Management, LLC, and*
*Goldstream, LLC*

BAILEY KENNEDY

/s/*Joshua Gilmore*
Dennis Kennedy, Esq.
Nevada Bar No. 1462
Joshua Gilmore, Esq.
Nevada Bar No. 11576
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148
dkennedy@baileykennedy.com
jgilmore@baileykennedy.com
*Attorneys for Defendants Parsons Behle &*
*Latimer and Geoffrey W. Mangum*

---

[1] This provision will not affect CPF Recovery Ways, LLC; Chicago Pacific Capital, LP; Mary Tolan; and Lawrence Leisure's indemnification rights under the parties' agreements.

1  ARMSTRONG TEASDALE, LLP              GIBSON LEGRAND, LLP

2

3  /s/Conor P. Flynn                    /s/Steven Gibson
   Conor P. Flynn, Esq.                 Steven Gibson, Esq.
4  Nevada Bar # 11569                   Nevada Bar # 6656
   3770 Howard Hughes Pkwy., Ste. 200   7495 West Azure Drive, Ste. 233
5  Las Vegas, NV 89169                  Las Vegas, NV  89130
   cflynn@armstrongteasdale.com         sgibson@gibsonlegrand.com
6                                       *Attorneys for Plaintiffs*
   and
7
   Lawrence Byrne, Esq.*
8  161 N. Clark Suite 2700
   Chicago, IL  60601
9  lbyrne@pedersenhoupt.com
   *Attorneys for Defendants*
10 *CPF Recovery Ways, LLC; Chicago Pacific*
   *Capital, LP; Lawrence Leisure; and*
11 *Mary Tolan*

12 *Admitted Pro Hac Vice*

13

14

15                                      **ORDER**

16                                      IT IS SO ORDERED.

17                                      _____
                                        RICHARD F. BOULWARE, II
18                                      United States District Judge

19                                       DATED this 4th day of May, 2015.

20

21

22

23

24

25

26

27

28

3